**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**        **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE        DATE: 4/21/26
        U.S. MAGISTRATE JUDGE        TIME:  11:15 am

CASE: **CV 24-4896(OEM) Vilato v. Target Corporation**
TYPE OF CONFERENCE:  MOTION        FTR:  11:18-11:34

APPEARANCES:
    For Plaintiff:  Gilbert Hardy

    For Defendant: Thomas Jannace

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other:  Oral argument held.  Plaintiff's motion to compel further testimony from Dr. Rafiy, DE [27], is granted.  Plaintiff's motion for an extension of discovery deadlines, DE [30], is also granted.  The Court has reviewed all of the questions asked by counsel that Dr. Rafiy refused to answer.  They are all appropriate and require responses.  In issuing this ruling, the Court expressly finds that Dr. Rafiy's 5th Amendment objections lack merit.  In addition, Dr. Rafiy is ordered to answer all related questions that his answers generate.  For the sake of clarity, the Court offers no opinion as to whether any of the responses sought will be admissible at trial.  Nevertheless, even if they are not admissible, that does not mean they are not subject to discovery.

        This continued deposition will last no more than two hours so long as Dr. Rafiy responds to all questions asked.  The deposition will take place no later than June 15, 2026 in this Courthouse at a time mutually agreeable to the parties.

        Finally, if Dr. Rafiy continues to refuse to answer appropriate questions, the Court will consider appointing a special master to supervise the deposition at Dr. Rafiy's expense.

        Defense counsel will serve a copy of this order on Dr. Rafiy as soon as possible and file proof of service via ECF.

        At the next conference the Court intends to close discovery.  The parties should be prepared to address summary judgment/pretrial order.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    6/22/26 at 10:15 am    : Status conference

                SO ORDERED

                /s/Steven I. Locke
                STEVEN I. LOCKE
                United States Magistrate Judge